IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IDRISS K. BYRD<br><br>v.<br><br>PHILADELPHIA GAS WORKS | CIVIL ACTION<br><br>NO. 19-5305 |
|---|---|

### ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 10th day of December, 2021, for the reasons stated in the foregoing Memorandum, Defendant's Motion for Summary Judgment (Doc. No. 22) is **GRANTED**, and the Complaint is **DISMISSED**. The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-5305 Byrd v Phila Gas Works\19cv5305 Order re Motion for SJ.doc